UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number:** _____

FILED BY __PG__ D.C.
FEB 25 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Yahweh Jehovah Yahshua Julmice
(Write the full name of the plaintiff) AKA Leopold Julmice

vs. State Attorney
Katherine Fernandez Rundle,
Assistant State attorney
Thomas Sadaker

Judge Michael Hanzman

Attorney Allen Greenstein.
(Write the full name of the defendant/s in this case)

cat/div  550/1983/MIA
Case # _____
Judge _____ Mag. REID
Motn ifp _____ Fee pd $ 0
Receipt # _____

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

I. **Party Information**

A. Plaintiff: Yahweh Jenovah Yahshua Julmice. AKA Leopold Julmice.

   Address: 96 SW Allapatah Road Indiantown, Fl 34956

   Inmate/Prison No.: 901018

   Year of Birth: 1931/1945/1979 AKA 1937 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Katherine Fernandez   Defendant: Michael Hanzman

   Official Position: Attorney    Official Position: Judge

   Place of Employment: Miami-dade   Place of Employment: Miami - dade.

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

①

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

On July 20th, 2001. I was acused of a crime I did not commit. It does not exist in the state of Florida. State Attorney Katherine Hernandez and Thomas Sadler. Case # FO122540 attempted 1st degree murder on law enforcement officer. I have been imprisoned for 18 years for a crime that I did not commit. I've been a judge since May 28, 1997. Police officer, attorney, lawyer, doctor, CIA Agent, FBI, ATF, DEA, US Marshal, state trooper, Home land security, teacher, security guard, Bonds man, Bandy hunter, truck driver, cab driver, state-to-state police, Home owner, Business owner, Salon owner, Park owner...

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Pay a fine 300,000,000 each defendant, names are listed. Charges to be filed for hiding behind the shield of the law to commit a federal offense. against the government, federal government, federal law of Judge florida Bar Book 001018

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Miami dade county Jail, Basic training, President, Hospital owner. False imprisonment, false documents and racism. They violated my rights, 1st amendment freedom of speech and religion. 8th Amendment Cruel and unusual punishment. 14th Amendment due process of law, 21 state color of law. Defamation of character. Conspiracy to commit bodily harm threats on a public service. Charges filed by Leopold Juimice. Leopold Juimice Correctional Police Officer.com Badge # 4374. Threats with force, Criminating documents, destroying evidence, Obstruction of justice, Indictment.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

_____

_____

_____

_____

_____

_____

_____

③

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?    X Yes    ___ No

Signed this  24  day of  July , 20 19

yAHWEH JEHOVAH YAHSHUA Julinice I0 901018
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _____

yAhweh Jehovah yAHSHUA Julince
יהוה
Signature of Plaintiff
יהוה

(4)

Yahueh Jehovah Yahshua Julmice
also known as Leopold Julmice
1200 NE 55th Blvd
Gainesville, Fl. 32641


USMS INSPECTED

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, Florida 33128-7716

900 trillion trillion